### DARNELL JOHNSON *v.* COMMISSIONER OF CORRECTION
### (14856)

Lavery, Heiman and Hennessy, Js.

Argued February 16—decision released March 12, 1996

*Mei-wa Cheng*, with whom, on the brief, was *Carrie A. Howard*, for the appellant (petitioner).

*L. D. McCallum*, assistant attorney general, with whom, on the brief, was *Richard Blumenthal*, attorney general, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.